UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-14042-CANNON/MAYNARD

18 U.S.C. § 1542



UNITED STATES OF AMERICA

v.

STEVEN SCHRECK,
    a/k/a "EUGENE SANDBURG,"

                Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Use of a Passport Obtained by a False Statement
### (18 U.S.C. § 1542)

On or about April 29, 2021, in Martin County, in the Southern District of Florida, and elsewhere, the defendant,

STEVEN SCHRECK,
a/k/a "EUGENE SANDBURG,"

did willfully and knowingly use, and attempt to use, and furnish to another for use, a passport issued under the authority of the United States, the issue of which was secured by reason of a false statement, in that the defendant submitted a passport to the United States Department of State, National Passport Center, representing that he was born on June 7, 1944, in Kansas, when in truth and in fact, and as the defendant then and there well knew, his date of birth was not June 7, 1944, and his place of birth was not Kansas, in violation of Title 18, United States Code, Section 1542.

**COUNT 2**
**Making a False Statement in a Passport Application**
**(18 U.S.C. § 1542)**

On or about April 29, 2021, in Martin County, in the Southern District of Florida, and elsewhere, the defendant,

**STEVEN SCHRECK,**
**a/k/a "EUGENE SANDBURG,"**

did willfully and knowingly make a false statement in an application for a passport, with intent to induce and secure for his own use, the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that the defendant represented that he did not include any false documents in support of his passport renewal application, when in truth and in fact, and as the defendant then and there well knew, the defendant included his current passport with his passport renewal application, which falsely stated that the defendant was born on June 7, 1944, in Kansas, when in truth and in fact, and as the defendant then and there well knew, his date of birth was not June 7, 1944, and his place of birth was not Kansas, in violation of Title 18, United States Code, Section 1542.

A TRUE BILL

FOREPERSON

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

MICHAEL D. PORTER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA     CASE NO.: 23-CR-14042-CANNON/MAYNARD

v.

STEVEN SCHRECK,
a/k/a "EUGENE SANDBURG",

_____/
Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

**Court Division** (select one)
☐ Miami    ☐ Key West    ☒ FTP
☐ FTL    ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __2__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:
   (Check only one)      (Check only one)
   I    ☒ 0 to 5 days      ☐ Petty
   II    ☐ 6 to 10 days     ☐ Minor
   III    ☐ 11 to 20 days    ☐ Misdemeanor
   IV    ☐ 21 to 60 days    ☒ Felony
   V    ☐ 61 days and over
6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: _____
MICHAEL PORTER
Assistant United States Attorney
FL Bar No. 0031149

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: STEVEN SCHRECK, a/k/a "EUGENE SANDBURG,"

**Case No**: 23-CR-14042-CANNON/MAYNARD

Count #: 1

Use of a Passport Obtained by a False Statement, 18 U.S.C. § 1542

* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000 / $100 Special Assessment

Count #: 2

Making a False Statement in a Passport Application, 18 U.S.C. § 1542

* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000 / $100 Special Assessment

***Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**