UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 23-14042-CR-CANNON (COHN)

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**STEVEN SCHRECK**

    Defendant.
_____/

## ORDER

The Court hereby informs the parties that the Honorable James I. Cohn will preside over the trial in this matter commencing **Tuesday, February 6, 2024, at 9:00 a.m.** A telephonic status conference is hereby set for **Thursday, February 1, 2024, at 10:00 a.m.** before Judge Cohn. The Court's dial-in number is 888-684-8852, and the access code is 2699885. The Defendant's presence at the status conference is not required. The case number will be referenced as 23-14042-CR-CANNON (COHN). The Court finds that the interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial. As a result, the Court finds that the period of delay resulting from this Order—*i.e.,* from the date this Order was signed, January 17, 2024, to the date trial commences—is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 17th day of January 2024.

*[signature]*
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

CASE NO. 23-80208-CR-CANNON

Copies provided to:
Counsel of record via CM/ECF
U.S. Marshals
USPO